1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                     FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   KEITH ROWLAND,                              No.  2:14-cv-0739 KJN P

12                  Plaintiff,

13        v.                                     ORDER

14   UNKNOWN,

15                  Defendants.

16

17          Plaintiff, a state prisoner at Deuel Vocational Institution, has filed a document styled

18   "request for assistance."  No other pleadings have been filed by the plaintiff.  In order to

19   commence an action, plaintiff must file a complaint as required by Rule 3 of the Federal Rules of

20   Civil Procedure, and plaintiff must either pay the required filing fee or file an application

21   requesting leave to proceed in forma pauperis.[1]  See 28 U.S.C. §§ 1914(a), 1915(a).  The court

22   will not issue any orders granting or denying relief until an action has been properly commenced.

23   Therefore, plaintiff's motion will be denied without prejudice.  Plaintiff will be provided the

24   opportunity to file his complaint, and to submit an application requesting leave to proceed in

25   forma pauperis or to submit the appropriate filing fee.

26   ////

27   _____

28   [1] If leave to file in in forma pauperis is granted, plaintiff will still be required to pay the filing fee
     but will be allowed to pay it in installments.

1

In accordance with the above, IT IS HEREBY ORDERED that:

1.  Plaintiff's March 21, 2014 request is denied without prejudice;

2.  Plaintiff is granted thirty days from the date of service of this order to file a complaint that complies with the requirements of the Civil Rights Act, the Federal Rules of Civil Procedure, and the Local Rules of Practice; the complaint must bear the docket number assigned this case; plaintiff must file an original and two copies of the complaint.  Plaintiff shall also submit, within thirty days from the date of this order, the application to proceed in forma pauperis on the form provided by the Clerk of Court, or the filing fee in the amount of $350.00.  Plaintiff's failure to comply with this order will result in a recommendation that this matter be dismissed; and

3.  The Clerk of the Court is directed to send plaintiff the court's form for filing a civil rights action, and the application to proceed in forma pauperis by a prisoner.

Dated:  April 2, 2014

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/rowl0739.noc