UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH ROWLAND,<br><br>                    Plaintiff,<br><br>       v.<br><br>UNKNOWN,<br><br>                    Defendants. | No.  2:14-cv-0739 KJN P<br><br><br>ORDER AND FINDINGS AND<br>RECOMMENDATIONS |

By an order filed April 2, 2014, plaintiff was ordered to file a civil rights complaint and either file an in forma pauperis affidavit or pay the appropriate filing fees within thirty days and was cautioned that failure to do so would result in a recommendation that this action be dismissed.  The thirty day period has now expired, and plaintiff has not responded to the court's order and has not filed a complaint to commence this action as required by Rule 3 of the Federal Rules of Civil Procedure and has not filed an in forma pauperis affidavit or paid the appropriate filing fee.

Accordingly, IT IS HEREBY ORDERED that the Clerk of the Court is directed to assign a district judge to this case; and

IT IS RECOMMENDED that this action be dismissed without prejudice.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days

1

after being served with these findings and recommendations, any party may file written objections with the court and serve a copy on all parties.  Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  Any response to the objections shall be filed and served within fourteen days after service of the objections.  The parties are advised that failure to file objections within the specified time may waive the right to appeal the District Court's order.  Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

Dated: May 6, 2014

/rowl0739.ffc

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE