UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH ROWLAND, | No. 2:14-cv-0739 KJM KJN P |
| Plaintiff, | |
| v. | ORDER |
| UNKNOWN, | |
| Defendants. | |

Plaintiff has filed a motion for extension of time to file a complaint and an application to proceed in forma pauperis. Good cause appearing, IT IS HEREBY ORDERED that:

1. The findings and recommendations (ECF No. 4) are hereby vacated;

2. Plaintiff's motion for an extension of time (ECF No. 5) is granted; and

3. Plaintiff is granted thirty days from the date of this order in which to file a complaint and an application to proceed in forma pauperis.

Dated: May 19, 2014

Rowl0739.36

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE